IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GRADY RENARD WILLIAMS, JR.,         )
                                    )
    Petitioner,                     )
                                    )
v.                                  )   CASE NO. CV419-178
                                    )
GREGORY C. DOZIER,                  )
                                    )
    Respondent.                     )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which Petitioner filed two objections (Doc. 18; Doc. 22). In the report and recommendation, the Magistrate Judge recommends that Petitioner's 28 U.S.C. § 2254 Petition for habeas corpus should be dismissed as frivolous. (Doc. 14.) In his first objection, Petitioner seems to contend that the Superior Court of Effingham County, Georgia, sold bonds in his name and therefore took his property without due process or just compensation. (Doc. 18.) Petitioner additionally attempts to appoint the Magistrate Judge as his "fiduciary trustee". (Id.) In Petitioner's second objection, he uses affidavits that seemingly claim that the Magistrate Judge "committed commercial fraud . . . when he failed to discharge [the Petitioner's criminal cases] . . . ." and that the Court did not "timely process" the report and recommendation. (Doc. 22 at 10, 14.) Although the report and

recommendation was initially sent to an incorrect address for Petitioner, the report and recommendation was subsequently mailed to Petitioner's correct address. Petitioner has been given ample time to object.

After careful review, the Court finds that Petitioner's objections are frivolous and without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. This Court notes Petitioner's history of filing frivolous actions. See Williams v. Deal, No. 6:18-CV-90, 2018 WL 5624270, at *1 (S.D. Ga. Aug. 30, 2018). In Williams v. Deal, special filing restrictions were imposed on Petitioner's future filings. Id. In light of those restrictions and Petitioner's frivolous arguments, Petitioner's case is **DISMISSED WITH PREJUDICE** and the Clerk is **DIRECTED** to close this case.

SO ORDERED this 23RD day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA